JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIWEN WU, | Case No. 5:26-cv-00849-DOC-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| D. MARIN, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus as Moot,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 26, 2026

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE